IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

DOCKET#
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

FEB 1 2 2009

ROLEX WATCH U.S.A., INC.,

        Plaintiff,

vs.

VINCENT F. BARRETT a/k/a
VINCE KONICEK, individually and
d/b/a WWW.TOPROLEXREPLICA.COM,
WWW.MAGNETICSERVICES.COM,
"VINCENTERPRISE"; "MAGNETIC
JEWELRY ORIGINALS PLUS
MAGNETIC HEALING AIDS", "THE
COMPLETE MAGNETIC HEALTH
STORE", UNKNOWN WEBSITES 1-10,
UNKNOWN ENTITIES 1-10, and
"JOHN DOES" 1-10,

        Defendants.

Case No. 09-cv-25

---

## ENTRY OF DEFAULT

---

Plaintiff requests that the Clerk of Court enter default against defendants Vincent F. Barrett a/k/a/ Vince Konicek, individually and d/b/a www.toprolexreplica.com, www.magneticservices.com, "VINCEnterprise", "Magnetic Jewelry Originals PLUS Magnetic Healing Aids", "The Complete Magnetic Health Store", Unknown websites 1-10, Unknown entities 1-10 and "John Does" 1-10, pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendants have failed to appear, plead or otherwise defend, the default of defendants Vincent F. Barrett a/k/a/ Vince Konicek, individually and d/b/a www.toprolexreplica.com, www.magneticservices.com, "VINCEnterprise", "Magnetic Jewelry Originals PLUS Magnetic Healing Aids", "The Complete Magnetic Health Store", Unknown websites 1-10, Unknown entities 1-10 and

"John Does" 1-10 is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this _12th_ day of February, 2009.

Peter Oppeneer, Clerk of Court