IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ROLEX WATCH U.S.A., INC.,

                                                                        ORDER

              Plaintiff,

                                                                          09-cv-025

        v.

VINCENT F. BARRETT a/k/a VINCE KONICEK,
individually and d/b/a WWW.TOPROLEXREPLICA.COM,
WWW.MAGNETICSERVICES.COM,"VINCENTERPRISE";
"MAGNETIC JEWELRY ORIGINALS PLUS MAGNETIC
HEALING AIDS", "THE COMPLETE MAGNETIC HEALTH
STORE", UNKNOW WEBSITES 1-10, UNKNOWN ENTITIES
1-10, and "JOHN DOES" 1-10,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Both parties have submitted letters to the court concerning the garnishment of defendant's bank account. The letters will be filed, but I will take no action on either one.

       In the absence of a motion for relief from this court, no action is required.

       Entered this 17th day of April, 2009.

                                                 BY THE COURT:

                                               /s/

                                             _____
                                             BARBARA B. CRABB
                                             District Judge