IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ROLEX WATCH U.S.A., INC.,

                                                                           ORDER

                Plaintiff,

                                                                    09-cv-025-slc

      v.

VINCENT F. BARRETT a/k/a VINCE KONICEK,
individually and d/b/a WWW.PROLESREPLICA.COM,
WWW.MAGNETICSERVICES.COM, "VINCENTERPRISE"'
"MAGNETIC JEWELRY ORIGINALS PLUS MAGNETIC
HEALING AIDS", "THE COMPLETE MAGNETIC HEALTH
STORE", UNKNOWN WEBSITES 1-10, UNKNOWN ENTITIES
1-10, and "JOHN DOES" 1-10,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      On October 9, 2009 I denied Vince Konicek's request for leave to proceed in forma pauperis on appeal. Now plaintiff has filed a motion to voluntarily dismiss his appeal. Because his appeal has been filed, this court lacks jurisdiction to dismiss it. He must file his motion in the court of appeals.

1

ORDER

IT IS ORDERED that plaintiff's motion to voluntarily dismiss his notice of appeal, dkt. #43, is DENIED for lack of jurisdiction.

Entered this 20th day of October, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge